**STATE**

v.

**Shirley RICH.**

**No. 77–212–C.A.**

Supreme Court of Rhode Island.

May 22, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

Barbara Hurst, Paula Rosin, Asst. Public Defenders, for defendant.

### ORDER

The state's motion to dismiss defendant's appeal is granted, provided that this appeal shall be automatically reinstated if defendant files her brief on or before July 22, 1980.

**Verna ZACHERIE**

v.

**Deborah A. LaSALLE et al.**

**No. 80–177–M.P.**

Supreme Court of Rhode Island.

May 22, 1980.

Pouliot & Santamaria, Thomas Santamaria, Providence, for petitioner.

Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio, David W. Zizik, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

**Roger J. CAMARA**

v.

**George GONECONTO et al.**

**No. 80–150–M.P.**

Supreme Court of Rhode Island.

May 29, 1980.

Moore, Virgadamo & Lynch, Ltd., Joseph R. Palumbo, Jr., Newport, for petitioner.

Kenneth Skelly, pro se, George Goneconto, pro se, John Bergmark, pro se.

### ORDER

The petition for writ of certiorari is denied.